# EXHIBIT A

Status  IOD  Him

| REJECTION DURING PROBATIONARY PERIOD (Prepare In Triplicate) | City Of Philadelphia Personnel Department |

Name of Probationer: Michael Labrice   PR# 204869   *[signature]*

Address: 1256 Hickory Lane   Langhorne, PA 19047   5-14-19 12:47p

Classification of Position: Police Captain

Division and/or Department: Police

Effective Date of Rejection: 5/14/19

Date of Last Day of Probationary Period: 5/31/19

**TO THE PROBATIONER ABOVE-NAMED:**
You are hereby notified that you have been rejected from further employment from the position above described, effective at the close of work on the date of rejection above indicated, which is not later than the last day of your probationary period in that position. The Philadelphia Home Rule Charter and the Civil Service Regulations do not permit an appeal from this action to the Civil Service Commission. If you had permanent civil service status in another class immediately prior to your being appointed to this position, you may have a right to return to that position.
**The specific reasons for your rejection from the above position are as follows:**

You were appointed to the position of Police Captain on March 23, 2018. You are on probation until 5/31/19. You were in IOD status from 8/7/18-4/14/19. Your probation was extended which you were notified of on 8/27/18.

CONTINUED

Date: 9 May 2019   Signature of Supervisor: *[signature]*   Title: CHIEF INSPECTOR

I **Do Not** recommend that this probationer be placed on the eligible list for this class.
(Do or Do Not)

APPROVED: *Richard F. Ross*   POLICE COMMISSIONER   5/9/19
Signature of Head of Office, Board or Commission   Title   Date

**CONSENT OF PERSONNEL DIRECTOR**

Subject to verification of the above-stated reasons, I hereby consent to the rejection during the probationary period of the above-named person on the effective date indicated.

Date: 5/13/19   Personnel Director: *[signature]* Deputy Dir.

73-S-64   COPIES TO: EMPLOYEE, DEPARTMENT, PERSONNEL DIRECTOR

Insp. George Kappe 5-14-19 12:47pm