**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MICHAEL LABRICE,<br>Plaintiff,<br><br>v.<br><br>CITY OF PHILADELPHIA, et. al.,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br>19-4377 |

## ORDER

**AND NOW**, this 16th day of January, 2024, it is **ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 52) is **GRANTED IN PART** and **DENIED IN PART**. Defendants' motion is **GRANTED** as to Plaintiff's ADA reasonable accommodations and hostile work environment claims, and as to his ADA claims against the two individual defendants. Defendants' motion is **DENIED** as to Plaintiff's adverse-action and retaliation ADA claims, his FMLA interference, discrimination and retaliation claims, his PHRA claims, and his requests for equitable relief.

It is further **ORDERED** that Labrice's Motion to Strike (ECF No. 57) is **DENIED**.

s/ANITA B. BRODY, J.
ANITA B. BRODY, J.

Copies **VIA ECF**