IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL LABRICE | : | CIVIL ACTION |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| CITY OF PHILADELPHIA et al | : | NO. 19-4377 |

## CIVIL JUDGMENT

AND NOW, this 15th day of April, 2025, in accordance with the jury's April 15, 2025 answers to the interrogatories on the verdict sheet,

IT IS ORDERED that Judgment is entered in favor of Plaintiff, Michael Labrice, as to Count 1 in the amount of $1.00 in nominal damages; judgment is entered in favor of Plaintiff, Michael Labrice, as to Count 2; judgement is entered in favor of Defendants, City of Philadelphia, Rick Ross, and Christopher Flacco as to Count 3; judgment is entered in favor of Defendants, City of Philadelphia, Rick Ross, and Christopher Flacco as to Count 4.

IT IS FURTHER ORDERED by the Court that Plaintiff, Michael Labrice, is awarded the amount of $130,000.00 in back pay – for a total amount of $130, 001.00.

BY THE COURT:


ATTEST:   s/JOSEPH B. WALTON
*Deputy Clerk*

**Civ 1 (3/18)**