IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL LABRICE, | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | 19-4377 |
| | : | |
| CITY OF PHILADELPHIA et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**AND NOW,** this 27th day of May, 2025, it is **ORDERED** that Plaintiff, Michael Labrice, is entitled to the following remedies:

- Attorneys' fees and costs;[1]

- $1.00 in nominal damages;

- $129,935.84 in back pay; and

- Reinstatement to the probationary position of captain in the Philadelphia Police Department, giving Mr. Labrice the opportunity to start a new six-month probationary period in this position.

    _s/ANITA B. BRODY, J.___
    ANITA B. BRODY, J.

---

[1] Mr. Labrice has filed a Motion for Attorneys' Fees (ECF No. 136) and Bill of Costs (ECF No. 135).  The Court will analyze this motion and determine the appropriate attorneys' fees and costs after remedies are finalized and any appeals are taken.  *See* Order Staying Response Deadlines, ECF No. 152.

1