# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL LABRICE, | : | |
|    Plaintiff, | : | |
| | : | CIVIL ACTION |
|    v. | : | 19-4377 |
| | : | |
| CITY OF PHILADELPHIA | : | |
| et al., | : | |
|    Defendants. | : | |

## ORDER

**AND NOW,** this 7th day of July, 2025, it is **ORDERED** that Labrice's Post-Trial Motion (ECF No. 156) is **DENIED** and Defendants' Post-Trial Motion (ECF No. 157) is **DENIED**.

                                                __s/ANITA B. BRODY, J.__
                                                ANITA B. BRODY, J.