IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL LABRICE, | : | |
| Plaintiff, | : | |
| | : | |
| | : | CIVIL ACTION |
| v. | : | 19-4377 |
| | : | |
| CITY OF PHILADELPHIA, et. al., | : | |
| | : | |
| Defendants. | : | |

# ORDER

**AND NOW**, this 27th day of October, 2025, it is **ORDERED** that Plaintiff's Motion to Enforce Reinstatement (ECF No. 178) is **DENIED** without prejudice.

It is further **ORDERED** that Defendants' Motion to Stay the Execution of Judgment Pending Appeal and to Waive the Bond Requirement Pursuant to Rule 62(f) (ECF No. 180) is **GRANTED**. Execution of all judgments in the Court's Remedies Order (ECF No. 160) is **STAYED** pending appeal, and the bond requirement is waived.[1]

                                                          s/ANITA B. BRODY, J.
                                                         ANITA B. BRODY, J.

---

[1] If the Third Circuit affirms this Court's judgment, Defendants must comply with this Court's Remedies Order (ECF No. 160) **within 14 days** of the Third Circuit decision.